**Duane Letroy BERRY, Plaintiff-Appellant,**

v.

**BRIDGEWATER CAPITAL, Defendant-Appellee.**

No. 17-6299

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2017

Decided: June 27, 2017

Duane Letroy Berry, Appellant Pro Se.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duane Letroy Berry appeals the district court's orders dismissing his common law tort complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (2012), dismissing as moot his motion to amend an order regarding his prisoner trust account, and denying his motions for entry of judgment pursuant to Fed. R. Civ. P. 68, for writ of assistance pursuant to Fed. R. Civ. P. 70, for a pretrial conference, and to freeze assets. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Berry v. Bridgewater Capital,* No. 3:17-cv-00013-GCM (W.D.N.C. Feb. 8, 2017; Feb. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*